**Order entered July 25, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00040-CV

### IN THE INTEREST OF M.A.M., A CHILD

**On Appeal from the 301st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-03-14732-T**

## ORDER

We **DENY** appellee's July 23, 2014 motion to dismiss the appeal.

We **GRANT** appellee's July 23, 2014 opposed motion for an extension of time to file a

brief. Appellee shall file her brief on or before **August 25, 2014**. We **CAUTION** appellee that

no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
JUSTICE